**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Gavin/Solmonese LLC

                      Plaintiff,

v.                                             Case No.: 1:16–cv–01086
                                                                  Honorable John Robert Blakey

Stephen L. Kunkel

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 14, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff's agreed motion to extend time for discovery [72] is granted, and discovery is hereby extended to 3/30/18. Plaintiff's motion to strike Defendant's affirmative defenses [74] is briefed as follows: Defendant shall file a response by 2/28/18, and Plaintiff shall file a reply by 3/7/18. The 2/20/18 Notice of Motion date is stricken, and the parties need not appear. Additionally, the status hearing previously set for 3/8/18 is stricken and reset for 4/4/18 at 9:45 a.m. in Courtroom 1203. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.