UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE LLC, | |
| Plaintiff, | Case No. 16-CV-1086 |
| v. | Judge John Robert Blakey |
| STEPHEN L. KUNKEL, | |
| Defendant. | |

## CASE MANAGEMENT ORDER

Consistent with proceedings in open court on April 4, 2018, the Court sets the following case management dates:

| | |
|---|---|
| Case Management Conference (CMC) | Wednesday, April 04, 2018 |
| Deadline for final Rule 26 disclosures | Wednesday, April 18, 2018 |
| Deadline for final written discovery to issue | Wednesday, May 02, 2018 |
| Deadline for any amendments (new allegations, claims, or parties) | Monday, May 07, 2018 |
| **Final Discovery Status (FDS)** | Tuesday, May 15, 2018 at 9:45 a.m. in Courtroom 1203. |
| **Close of Fact Discovery** | Monday, May 04, 2018 |
| Deadline for filing dispositive motions | Monday, June 25, 2018 |
| Deadline for responses to dispositive motions | Monday, July 16, 2018 |
| Deadline for replies in support of dispositive motions | Monday, July 23, 2018 |
| **Hearing on any dispositive motions** | Tuesday, September 18, 2018 at 9:45 a.m. in Courtroom 1203. |
| Deadline for filing the Final Pretrial Order and motions in limine | Tuesday, October 23, 2018 |
| Deadline for filing responses to motions in limine | Tuesday, October 30, 2018 |
| Final Pretrial Conference | Tuesday, November 13, 2018 at 1:30 p.m. in Courtroom 1203. |
| **Trial** | Monday, November 19, 2018 at 10:30 a.m. in Courtroom 1203. |

The parties are expected to review and comply with the Court's standing orders, including the order on proposed pretrial procedures (including motions in limine) and the Court's jury selection protocol in civil cases, which are available on Judge Blakey's information page on the Court's official website: www.ilnd.uscourts.gov. The parties should be aware that if they resolve their dispute on or after the first day of jury selection, the Court will assess juror costs.

Dated: April 4, 2018               Entered:

_____
John Robert Blakey
United States District Judge