**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAVIN/SOLMONESE LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-CV-1086 |
| v. ) | |
| ) | Judge John R. Blakey |
| STEPHEN L. KUNKEL ) | |
| ) | |
| Defendant. ) | |

## MOTION TO RESET THE TRIAL DATE

COMES NOW Plaintiff Stephen L. Kunkel, by his counsel, and requests that the Court set a new trial date beginning on or after December 7, 2018, in support thereof, states as follows:

### SUMMARY

1. At a status conference on April 4, 2018, the Court extended discovery at the request of Plaintiff's counsel and set a final discovery cut-off date (May 4); a Final Discovery Status (May 15); a date for dispositive motions (June 25), including responses and replies; deadlines for the filing of the Pre-Trial Order and motions in limine (October 23), a Pre-Trial Conference date (November 13) and a Trial Date (November 19).

2. Defense counsel did not object to any of the above dates, but requested a Trial Date after the Thanksgiving Holiday.

3. At the time of the status conference, defense (local) counsel was further unaware that co-counsel, Christopher Hedican, who has handled much of the discovery in this case, who will be co-trial counsel, and who has acted as lead trial counsel on related matters in Iowa, will be on trial in another matter before the Honorable John Gerrard of in the matter of *Martin v. Nebraska*

2

*Methodist Hospital, Inc.,* Case No. 8:17-cv-00121-JMG-SMB pending in the United States District Court for the District of Nebraska. Mr. Hedican's trial date has been scheduled since February 20, 2018 which was a resetting of an original trial date. The trial is expected to last approximately 1 week. That trial has already been rescheduled once, involves two parties and cannot be reset again.

4. Based on the foregoing, Defendant, Stephen L. Kunkel, respectfully requests that the Court set the trial on a date beginning on or after December 7, 2018.


Dated: April 9, 2018                                          STEPHEN L. KUNKEL



                    By: /s/ Stephen L. Kunkel
                        Stephen L. Kunkel


THE GURLAND LAW FIRM


By: /s/ Michael Z. Gurland
     Michael Z. Gurland
     The Gurland Law Firm
     414 North Clay Street,
     Hinsdale, Illinois 60521
     mzg@gurlandlawfirm.com
     (312) 420-8812
     ARDC # 6274400

and

Christopher R. Hedican
Baird Holm Law Firm
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2018, I caused the foregoing Motion to Reset the Trial Date to be served via U.S. Mail and/or electronic mail, to the below-named attorney(s) who are registered to received electronic filings, by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF) system:

To:	Craig T. Boggs	Brian L. Shaw
	Jeannil Boji	Shaw Fishman Glantz & Towbin LLC
	Perkins Coie LLP	321 North Clark Street, Suite 800
	131 South Dearborn Street, Suite 1700	Chicago, Illinois 60654
	Chicago Illinois 60654	bshaw@shawfishman.com
	cboggs@perkinscoie.com
	vcouzo@perkinscoie.com


/s/ Michael Z. Gurland

Michael Z. Gurland
The Gurland Law Firm
414 North Clay Street,
Hinsdale, IL 60521
(312) 420-8812
mzg@gurlandlawfirm.com
ARDC # 6274400