UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAVIN/SOLMONESE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-CV-1086 |
| v. | ) | |
| | ) | Judge John R. Blakey |
| STEPHEN L. KUNKEL | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO STRIKE THE WAETZMAN AND GAVIN DECLARATIONS

Defendant Stephen L. Kunkel ("Kunkel") moves the Court for an order striking the Declarations of Ted Gavin and Ross Waetzman (Dkt. Nos. 108 and 109, respectively) offered in opposition to Kunkel's Motion for Summary Judgment. The Gavin and Waetzman Declarations contain fraudulent statements contradicting their deposition testimony in an effort to manufacture false issues of fact. Accordingly, and for the reasons set for in the Memorandum in Support of the Motion to Strike submitted herewith, Kunkel objects to such testimony and moves the Court to strike from the summary judgment record each of the assertions specified below:

*Declaration of Ted Gavin (Contradictory Paragraphs)***:**

15. In late December 2014, G/S learned of allegations that Kunkel had sexually harassed and spanked young male subordinates at Soo Tractor.

16. When confronted with allegations that Kunkel had sexually harassed and spanked young male subordinates at Soo Tractor, Kunkel denied these allegations.

17. Shortly after Kunkel denied these allegations of sexual harassment and spanking, G/S's counsel received a recording that Alex Peterson ("Peterson"), one of Kunkel's victim's, had made one of the incidents. G/S's counsel informed me of this recording.

18. On the morning of January 28, 2015, before receiving a letter from Soo Tractor

    terminating G/S's services, I sent Mahaney an email informing him of the allegations regarding Kunkel

*Declaration of Ross Waetzman (Contradictory Paragraph)*:

  6.  Kunkel did not disclose that he was a Board Member of the Tamarack Board.

  WHEREFORE, Kunkel requests that the Court grant his Motion to Strike for the reason that the above-cited testimony is false, contradicts prior sworn deposition testimony and should be stricken from the summary judgment record and not considered by the Court for any purpose as a matter of law. Kunkel refers the Court to his Memorandum in Support of his Motion to Strike filed contemporaneously with this motion.

DATED: August 22, 2018            Respectfully,

                             /s/ Michael Z. Gurland

| | |
|---|---|
| Christopher R. Hedican | Michael Z. Gurland |
| Baird Holm LLP | The Gurland Law Firm |
| 1700 Farnam Street, Suite 1500 | 414 North Clay Street, |
| Omaha NE 68102 | Hinsdale, IL 60521 |
| (402) 636-8311 | (312) 420-8812 |
| chedican@bairdholm.com | mzg@gurlandlawfirm.com |
| *Pro Hac Vice* | ARDC # 6274400 |