IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN L. KUNKEL,<br><br>    Defendant. | Case No. 1:16-cv-01086<br><br>Judge Martha M. Pacold |

**JOINT STATUS REPORT**

By its Order of September 20, 2019, the Court directed the parties to submit a Joint Status Report. Following is the agreed report of the parties concerning the significant prior events in this case and the anticipated dates in the future:

  **I.**  **Nature of the Case**

    A.  Plaintiff, Gavin/Solmonese LLC, is represented by Craig Boggs, Christopher Wilson and Eric Walker of Perkins Coie LLP, and Brian Shaw of Fox Rothschild LLP. Defendant, Stephen L. Kunkel, is represented by Christopher Hedican of Baird Holm LLP and Michael Gurland of The Gurland Law Firm.

    B.  The Court has jurisdiction based on diversity of citizenship, pursuant to 28 U.S.C. § 1332(a). Plaintiff, Gavin/Solmonese LLC is a Delaware limited liability company with its principal place of business in Wilmington, Delaware. No shareholder of Gavin/Solmonese is located in nor a citizen of Illinois. Defendant Stephen L. Kunkel is a citizen of the State of Illinois and resides within the Northern District of Illinois. On January 26, 2016, Plaintiff Gavin/Solmonese submitted additional information confirming diversity jurisdiction pursuant to *Belleville Catering Co. v. Champaign Marketplace, LLC,* 350 F.3d 691- 692-93 (7th Cir. 2003). (Dk. 10-11).

C.  Brief Description of the Case:

Plaintiff Gavin/Solmonese is a management consulting firm that provides corporate services including turnaround management services for financially troubled companies. Defendant Stephen L. Kunkel is a former executive who was hired by Gavin/Solmonese as a Managing Director. In 2013, Gavin/Solmonese entered into a contract with Soo Tractor Sweeprake Co. ("Old Soo") under which the firm would provide management services for Old Soo, a farm equipment parts producer located in Sioux City, Iowa. Gavin/Solmonese selected Mr. Kunkel to serve as the CEO for Old Soo.

On January 25, 2015, Gavin/Solmonese filed a five-count Complaint against Mr. Kunkel alleging that he had engaged in a series of improper activities while CEO of Old Soo including sexually harassing employees and physically spanking young male subordinates.

D.  Damages Sought

Gavin/Solmonese seeks multiple elements of damages including, but not limited to, the amounts paid to Kunkel, the amount of benefits provided to Kunkel, the loss of the value of its contract with Old Soo, the costs of defending and settling claims brought by Old Soo and certain of its employees, the loss of other corporate opportunities, and the loss of reputation and good will.

II.  **Discovery and Pending Motions**

A.  Discovery has closed and there are no pending motions.

(Items B and C are not applicable)

D.  Defendant Kunkel filed a Motion to Dismiss on March 23, 2016. (Dk. 16). On July 6, 2016, the Court issued its Memorandum Opinion and Order dismissing Counts

III-V of the Complaint (Tortious Interference with Contract, Tortious Interference with Prospective Economic Advantage and Fraud), but denying Defendant's Motion as to Counts I and II (Breach of Fiduciary Duty and Unjust Enrichment). (Dk. 35)

On June 22, 2018, Mr. Kunkel filed a Motion for Summary Judgment on Counts I and II. (Dk. 99). On March 12, 2019, Judge Blakey issued a Memorandum Opinion and Order denying Mr. Kunkel's Motion for Summary Judgment. (Dk. 146)

    **III.**     **Trial**

    A.     The parties have demanded trial by jury.

    B.     Prior to reassignment to this Court, Judge Blakey had set this matter for a final Pretrial Conference on November 1, 2019 (Dk. 147), and for trial to begin on November 4, 2019. (Dk. 144).

    C.     The parties have not submitted a final pretrial order. Judge Blakey's previous orders had set October 7, 2019 for such a submission.

    D.     The parties estimate that trial will take 2 weeks.

    E.     The parties now need a new date for trial. In addition, the parties need the Court to set new dates for: 1) filing the Final Pretrial Order; 2) filing and responding to Motions in Limine; and 3) a Final Pretrial Conference.

    **IV.**     **Settlement, Referrals, and Consent**

    A.     The case has not been referred to Magistrate Judge Gilbert for a settlement conference.

    B.     The parties have attempted to discuss settlement but have not been successful in those discussions.

    C.     The parties do not request a settlement conference.

D. Counsel have advised their respective clients of the opportunity to proceed before the Magistrate Judge, but the parties have not consented to such a procedure.

Dated: October 1, 2019                                      Respectfully submitted,

| **GAVIN/SOLMONESE LLP** | **STEPHEN L. KUNKEL** |
|---|---|
| By: /s/ Christopher B. Wilson<br>One of its Attorneys | By: /s/ Michael Z. Gurland<br>One of his Attorneys |
| Craig T. Boggs<br>Christopher B. Wilson<br>Eric E. Walker<br>Perkins Coie LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Phone: (312) 324-8400<br>cboggs@perkinscoie.com<br>cwilson@perkinscoie.com<br>ewalker@perkinscoie.com | Christopher R. Hedican<br>Baird Holm LLP<br>1700 Farnam Street, Suite 1500<br>Omaha, NE 68102<br>Phone: (402) 636-8311<br>chedican@bairdholm.com<br>(appearing *pro hac vice*) |
| Brian L. Shaw<br>Fox Rothschild LLP<br>321 N. Clark Street, 16th Floor<br>Chicago, IL 60654<br>Phone: (312) 517-9200<br>bshaw@foxrothschild.com | Michael Z. Gurland<br>The Gurland Law Firm<br>414 North Clay Street<br>Hinsdale, IL 60521<br>Phone: (312) 420-8812<br>mzg@gurlandlafirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

- 5 -

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, hereby certify that on Tuesday, October 1, 2019, I caused the foregoing **JOINT STATUS REPORT** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the attorneys of record listed below:

    Michael Z. Gurland
    The Gurland Law Firm
    414 North Clay Street
    Hinsdale, IL  60521
    (312) 420-8812
    mzg@gurlandlawfirm.com


    Christopher R. Hedican
    Baird Holm LLP
    1700 Farnam Street, Suite 1500
    Omaha, NE  68102
    (402) 636-8311
    chedican@bairdholm.com

    /s/ Christopher B. Wilson
    Perkins Coie LLP
    131 S. Dearborn Street, Suite 1700
    Chicago, IL  60603
    Phone: (312) 324-8400
    Fax:    (312) 324-9400
    cwilson@perkinscoie.com