# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE, LLC, | No. 16-cv-1086 |
| Plaintiff, | |
| v. | Hon. Martha M. Pacold |
| STEPHEN L. KUNKEL, | |
| Defendant. | |

### JOINT STATUS REPORT PURSUANT TO PARAGRAPH 5 OF THE THIRD AMENDED GENERAL ORDER DATED APRIL 24, 2020

By her General Order of April 24, 2020, Judge Rebecca A. Pallmeyer, Chief Judge of the Northern District of Illinois, directed all parties in civil cases pending before the Court to submit a joint status report concerning the status of the proceedings. Following is the report of the parties in this matter as directed by Paragraph 5 of that Order:

(a) **the progress of discovery** -- Discovery in this matter is closed. On March 12, 2019, the Court denied Defendant's Motion for Summary Judgment (Dkt. 146, 147).

(b) **the status of briefing on any unresolved motion** -- On February 26, 2020, Defendant filed a Motion in Limine (Dkt. 154). Plaintiff filed its Response on March 11, 2020 (Dkt 156.) The motion is currently pending before the Court.

(c) **settlement efforts** -- The parties have engaged in good faith settlement discussions but are not currently optimistic regarding the possibility of settling this matter.

(d) **provide an agreed proposed schedule (or alternative proposals) for the next 45 days --** This matter was previously set for trial on May 18, 2020 prior to the COVID-19 Emergency (Dkt 153). The parties are prepared for the Court to enter a new trial date, and new

pretrial dates including: 1) a new date for the Pretrial Order, and 2) a new date for the Pretrial Hearing. The parties estimate that trial will take 4-5 trial days.

      (e) **provide an agreed proposed revised discovery and dispositive motion schedule**

**--** This paragraph is inapplicable given the status of this case.

      (f) **request any agreed action that the Court can take without a hearing** -- The parties do not request any action currently other than the setting of a status hearing, at the appropriate time, so that mutually agreeable trial date and pre-trial schedule can be.

      (g) **state whether the parties believe a telephonic hearing with the judge is necessary** -- The parties do not believe such a hearing is necessary at the current time.

DATE: May 18, 2020                                                                Respectfully Submitted

| **GAVIN SOLMONESE, LLC, Plaintiff** | **STEPHEN L. KUNKEL, Defendant** |
|---|---|
| By: /s/Christopher B. Wilson<br>    One of its Attorneys<br><br>Christopher B. Wilson, ARDC No. 6202139<br>Eric E. Walker, ARDC No. 6290993<br>Christopher P. Eby, ARDC No. 6320570<br>CWilson@perkinscoie.com<br>EWalker@perkinscoie.com<br>CEby@perkinscoie.com<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Telephone: 312.324.8400 | By: /s/Michael Z. Gurland<br>    One of his Attorneys<br><br>Michael Z. Gurland, ARDC No. 6274400<br>mzg@gurlandlawfirm.com<br>THE GURLAND LAW FIRM<br>141 North Clay St.<br>Hinsdale, IL 60521<br>Telephone: 312.420.8812<br><br>and<br><br>Christopher R. Hedican<br>(admitted *pro hac vice*)<br>Iowa Bar No. (16999)<br>chedican@bairdholm.com<br>BAIRD HOLM LLP<br>1700 Farnam Street, Suite 1500<br>Omaha, NE 68102-2068<br>Telephone: 402.344.0500<br>Facsimile: 402.344.0588 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, attest that on May 18, 2020, I served the foregoing **JOINT STATUS REPORT PURSUANT TO PARAGRAPH 5 OF THE THIRD AMENDED GENERAL ORDER DATED APRIL 24, 2020,** on all the parties and counsel of record via the Court's ECF system.

/s/ Christopher B. Wilson
Christopher B. Wilson