**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Gavin/Solmonese LLC

                Plaintiff,

v.     Case No.: 1:16–cv–01086
       Honorable Martha M. Pacold

Stephen L. Kunkel

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 26, 2020:

    MINUTE entry before the Honorable Martha M. Pacold:Defendant's motion in limine [154] is stricken without prejudice and with leave to refile when the trial schedule is reset.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.