**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GAVIN/SOLMONESE LLC,

Plaintiff,

v.

STEPHEN L. KUNKEL,

Defendant.

Case No. 1:16-cv-01086

Judge Martha M. Pacold

## JOINT STATUS REPORT

By its order of January 25, 2021, this Court requested that the parties submit a joint status report on their availability for trial beginning in June 2021. Accordingly, the parties now state as follows:

1. For Plaintiff Gavin/Solmonese: Neither Plaintiff nor its counsel have any current conflicts which would prevent their appearance at trial from June 2021 going forward.

2. For Defendant Stephen Kunkel: Defendant is scheduled to travel internationally during the months of November and December 2021 and would therefore be unable to attend a trial during those months. Defendant's counsel is currently unavailable for trial from June 2021 through October 2021.

3. The parties are generally available for a telephonic status hearing at the Court's convenience.

Dated: February 12, 2021

Respectfully submitted,

**GAVIN/SOLMONESE LLP**

By: /s/ Christopher B. Wilson
One of its Attorneys

Christopher B. Wilson, ARDC # 6202139
Eric E. Walker, ARDC # 6290993
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Phone: (312) 324-8400
cwilson@perkinscoie.com
ewalker@perkinscoie.com

Brian L. Shaw
Fox Rothschild LLP
321 N. Clark Street, 16th Floor
Chicago, IL 60654
Phone: (312) 517-9200
bshaw@foxrothschild.com

***Attorneys for Plaintiff***

**STEPHEN L. KUNKEL**

By: /s/ Michael Z. Gurland
One of his Attorneys

Michael Z. Gurland, ARDC # 6274400
The Gurland Law Firm
414 North Clay Street
Hinsdale, IL 60521
Phone: (312) 420-8812
mzg@gurlandlafirm.com

Christopher R. Hedican
(admitted *pro hac vice*)
Iowa Bar No. 16999
chedican@bairdholm.com
Baird Holm LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
Phone: (402) 636-8311
Facsimile: 402.344.0588
(appearing *pro hac vice*)

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I, Christopher B. Wilson, hereby certify that on Friday, February 12, 2021, I caused the foregoing **JOINT STATUS REPORT** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the attorneys of record listed below:

Michael Z. Gurland
The Gurland Law Firm
414 North Clay Street
Hinsdale, IL 60521
(312) 420-8812
mzg@gurlandlawfirm.com

Christopher R. Hedican
Baird Holm LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102
(402) 636-8311
chedican@bairdholm.com

/s/ Christopher B. Wilson
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Phone: (312) 324-8400
Fax: (312) 324-9400
cwilson@perkinscoie.com

151473292.1