# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. KUNKEL, <br><br> Defendant. | Case No. 1:16-cv-01086 <br><br> Judge Martha M. Pacold |

## AMENDED JOINT STATUS REPORT

By its Minute Order of February 22, 2021 (Dkt. 70), this Court directed the parties to submit a joint status report on their availability for trial of the matter.

The parties have met and conferred following the Court's Order. The parties are all available for trial beginning January 24, 2022 and continuing thereafter through March 31, 2022. The parties anticipate that trial will take 5-6 trial days.

Dated:  March 4, 2021

**GAVIN/SOLMONESE LLP**

By: /s/ *Christopher B. Wilson*
 One of its Attorneys

 Christopher B. Wilson, ARDC # 6202139
 Eric E. Walker, ARDC # 6290993
 Perkins Coie LLP
 131 South Dearborn Street, Suite 1700
 Chicago, IL 60603-5559
 Phone: (312) 324-8400
 cwilson@perkinscoie.com
 ewalker@perkinscoie.com

 Brian L. Shaw
 Fox Rothschild LLP
 321 N. Clark Street, 16th Floor
 Chicago, IL  60654
 Phone: (312) 517-9200
 bshaw@foxrothschild.com

*Attorneys for Plaintiff*

Respectfully submitted,

**STEPHEN L. KUNKEL**

By: /s/ *Michael Z. Gurland*
 One of his Attorneys

 Michael Z. Gurland, ARDC # 6274400
 The Gurland Law Firm
 414 North Clay Street
 Hinsdale, IL  60521
 Phone: (312) 420-8812
 mzg@gurlandlafirm.com

 Christopher R. Hedican (admitted *pro hac vice*)
 Iowa Bar No. 16999
 chedican@bairdholm.com
 Baird Holm LLP
 1700 Farnam Street, Suite 1500
 Omaha, NE  68102-2068
 Phone: (402) 636-8311
 Facsimile:  402.344.0588

*Attorneys for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, hereby certify that on Thursday, March 4, 2021, I caused the foregoing **AMENDED JOINT STATUS REPORT** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the attorneys of record listed below:

>Michael Z. Gurland
>The Gurland Law Firm
>414 North Clay Street
>Hinsdale, IL 60521
>(312) 420-8812
>mzg@gurlandlawfirm.com


>Christopher R. Hedican
>Baird Holm LLP
>1700 Farnam Street, Suite 1500
>Omaha, NE 68102
>(402) 636-8311
>chedican@bairdholm.com

/s/ *Christopher B. Wilson*
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Phone: (312) 324-8400
Fax:    (312) 324-9400
cwilson@perkinscoie.com

151473292.1