UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAVIN/SOLMONESE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-CV-1086 |
| v. | ) | |
| | ) | Judge Martha Pacold |
| STEPHEN L. KUNKEL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS UNOPPOSED VERIFIED MOTION TO RESET TRIAL DATE**

Plaintiff Stephen L. Kunkel, by his counsel, requests the Court to set a new trial date beginning on or after February 21, 2022. In support of this Motion, Plaintiff states as follows:

1. On January 25, 2021 the Court directed the parties to file a joint status report by February 11, 2021 as to their availability for trial.

2. After consulting amongst themselves, the parties filed an Amended Joint Status Report on March 4, 2021 stating they would be available for trial during the period of January 24, 2022 through March 31, 2022.

3. Before the Court issued its March 18, 2021 Minute Entry designating February 7, 2022 for the commencement of the trial, Christopher R. Hedican, attorney for Defendant, was asked by a defendant client in another case to take over as lead counsel for a case pending in the United States District Court for the District of Kansas (the "Kansas Litigation). He entered his appearance on February 24, 2021.

4. Previously, on September 9, 2020, the Kansas court entered a scheduling order setting February 1, 2022 as the trial date in the Kansas litigation.

5. Defendant's counsel mistakenly omitted this trial date when notifying the Court of his availability for trial in this matter as the date had not been placed on his calendar.

6. Defendant's counsel has consulted with Plaintiff's counsel, who does not oppose this motion.

WHEREFORE, Defendant respectfully requests the Court reset the trial in this matter to a date beginning on or after February 21, 2022.

Dated this 5th day of April 2021.

        STEPHEN L. KUNKEL, Defendant,

By:  s/Michael Z. Gurland_____
Michael Z. Gurland (IL # 6274400)
The Gurland Law Firm
141 North Clay St.
Hinsdale, IL  60521
Phone: 312-420-8812
mzg@gurlandlawfirm.com

and

s/Christopher R. Hedican_____
Christopher R. Hedican
(admitted *pro hac vice*)
IOWA Bar NO (16999)
BAIRD HOLM LLP
1700 Farnam St, Ste 1500
Omaha, NE  68102-2068
Phone: 402-344-0500
Facsimile:  402-344-0588
chedican@bairdholm.com

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 5th, 2021.

_____
Christopher R. Hedican

## CERTIFICATE OF SERVICE

I hereby certify that on April 5th, 2021, I served the foregoing document via the CM/ECF electronic filing system, which sent notification of the same to:

Amy L. Hunter
Christopher B. Wilson
Brian L. Shaw

/s/ Michael Z. Gurland

DOCS/2614370.1
3/22/21