# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gavin/Solmonese LLC

                Plaintiff,

v.                                           Case No.: 1:16–cv–01086
                                           Honorable Martha M. Pacold

Stephen L. Kunkel

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 26, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic status hearing held on 10/26/2021 to discuss the trial schedule and the Covid–related scheduling process. Telephonic status hearing continued to 3/3/2022 at 9:00 a.m. Dial toll–free call–in number (888) 684–8852; followed by the conference access code: 9482028#. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.