UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAVIN/SOLMONESE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-CV-1086 |
| v. | ) | |
| | ) | Judge Martha Pacold |
| STEPHEN L. KUNKEL, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties have been following the COVID protocols of the Court and are concerned that due to COVID they will not be able to try the case on the date on which they are currently scheduled – April 25, 2022. The parties wish to avoid the expense of preparing for the trial twice and therefore respectfully request that the case be continued to October 1, 2022 or the earliest date thereafter. The parties further request a Status Conference with the Court for the purpose of rescheduling the trial.

Dated this 3rd day of February 2022.

| | |
|---|---|
| GAVIN/SOLMONESE LLP, Plaintiff | STEPHEN L. KUNKEL, Defendant, |
| By: /s/ Christopher B. Wilson<br>Christopher B. Wilson, ARDC # 6202139<br>Eric E. Walker, ARDC # 6290993<br>Perkins Coie LLP<br>131 South Dearborn St, Ste 1700<br>Chicago, IL 60603-5559<br>Phone: (312) 324-8400<br>cwilson@perkinscoie.com<br>ewalker@perkinscoie.com<br><br>and<br><br>Brian L. Shaw<br>Fox Rothschild LLP<br>321 N. Clark Street, 16th Floor<br>Chicago, IL 60654<br>Phone: (312) 517-9200<br>bshaw@foxrothschild.com | By: s/Michael Z. Gurland<br>Michael Z. Gurland (IL # 6274400)<br>The Gurland Law Firm<br>141 North Clay St.<br>Hinsdale, IL 60521<br>Phone: 312-420-8812<br>mzg@gurlandlawfirm.com<br><br>and<br><br>s/Christopher R. Hedican<br>Christopher R. Hedican<br>(admitted *pro hac vice*)<br>BAIRD HOLM LLP<br>1700 Farnam St, Ste 1500<br>Omaha, NE 68102-2068<br>Phone: 402-344-0500<br>Facsimile: 402-344-0588<br>chedican@bairdholm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I served the foregoing document via the CM/ECF electronic filing system, which sent notification of the same to:

Amy L. Hunter
Christopher B. Wilson
Brian L. Shaw

/s/ Christopher R. Hedican

DOCS/2761198.1
2/3/22