IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>STEPHEN L. KUNKEL,<br><br>        Defendant. | Case No. 1:16-cv-01086<br><br>Judge Martha M. Pacold |

## JOINT STATUS REPORT

By its order of March 3, 2022, this Court requested that the parties submit a joint status report on their availability for trial beginning in June 2022. Accordingly, the parties now state as follows:

1. For Plaintiff Gavin/Solmonese: Plaintiff and its counsel have a series of work-related conflicts, including currently scheduled, multi-week trials in July, September and November that make scheduling difficult until December 2022. Plaintiff and counsel are also available in January 2023.

2. For Defendant Stephen Kunkel: As the Court will recall from the past status conference, Defendant was traveling in Russia on business when the war with Ukraine began. He has been able to return to the United States but is currently being treated for radiation exposure he suffered during his travel through the Chernobyl-area on his journey home. At this time, Mr. Kunkel does not know the length of his in-hospital treatment for radiation sickness. He also does not have full access to his calendar and documents during his treatment.

3.	Accordingly, the parties jointly request that the Court schedule a further status in sixty (60) days when Mr. Kunkel can more accurately assess his availability for trial

Dated: March 31, 2022　　　　　　　　　　　　　　　　Respectfully submitted,

| **GAVIN/SOLMONESE LLP** | **STEPHEN L. KUNKEL** |
|---|---|
| By: /s/ Christopher B. Wilson<br>    One of its Attorneys | By: /s/ Michael Z. Gurland<br>    One of his Attorneys |
| Christopher B. Wilson, ARDC # 6202139<br>Eric E. Walker, ARDC # 6290993<br>Perkins Coie LLP<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606-1511<br>Phone: (312) 324-8400<br>cwilson@perkinscoie.com<br>ewalker@perkinscoie.com | Michael Z. Gurland, ARDC # 6274400<br>The Gurland Law Firm<br>414 North Clay Street<br>Hinsdale, IL 60521<br>Phone: (312) 420-8812<br>mzg@gurlandlafirm.com |
| Brian L. Shaw<br>Fox Rothschild LLP<br>321 N. Clark Street, 16th Floor<br>Chicago, IL 60654<br>Phone: (312) 517-9200<br>bshaw@foxrothschild.com | Christopher R. Hedican<br>(admitted *pro hac vice*)<br>Iowa Bar No. 16999<br>chedican@bairdholm.com<br>Baird Holm LLP<br>1700 Farnam Street, Suite 1500<br>Omaha, NE 68102-2068<br>Phone: (402) 636-8311<br>Facsimile: 402.344.0588<br> (appearing *pro hac vice*) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

- 3 -

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, hereby certify that on Thursday, March 31, 2022, I caused the foregoing **JOINT STATUS REPORT** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the attorneys of record listed below:

> Michael Z. Gurland
> The Gurland Law Firm
> 414 North Clay Street
> Hinsdale, IL 60521
> (312) 420-8812
> mzg@gurlandlawfirm.com

> Christopher R. Hedican
> Baird Holm LLP
> 1700 Farnam Street, Suite 1500
> Omaha, NE 68102
> (402) 636-8311
> chedican@bairdholm.com

/s/ Christopher B. Wilson
Perkins Coie LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606-1511
Phone: (312) 324-8400
Fax:   (312) 324-9400
cwilson@perkinscoie.com