# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE LLC,<br><br>                Plaintiff,<br><br>v.<br><br>STEPHEN L. KUNKEL,<br><br>                Defendant. | Case No. 1:16-cv-01086<br><br>Judge Martha M. Pacold |

## JOINT STATUS REPORT

By its order of April 1, 2022, this Court requested that the parties submit a joint status report on their availability for trial. Accordingly, the parties now state as follows:

1. For Plaintiff Gavin/Solmonese: Plaintiff and its counsel are available for trial beginning January 9, 2023, with the exception of a trial beginning January 23, 2023 in Cook County Illinois that is scheduled to take 4-5 weeks.

2. For Defendant Stephen Kunkel: Mr. Kunkel is available for trial, along with his counsel, beginning in January 2023.

3. Accordingly, the parties request a further status hearing with the Court to discuss setting a trial date in the first quarter of 2023.

Dated: May 31, 2022                                        Respectfully submitted,

- 2 -

| | |
|---|---|
| **GAVIN/SOLMONESE LLP** | **STEPHEN L. KUNKEL** |
| By: /s/ Christopher B. Wilson<br>    One of its Attorneys | By: /s/ Michael Z. Gurland<br>    One of his Attorneys |
| Christopher B. Wilson, ARDC # 6202139<br>Eric E. Walker, ARDC # 6290993<br>Perkins Coie LLP<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606-1511<br>Phone: (312) 324-8400<br>cwilson@perkinscoie.com<br>ewalker@perkinscoie.com | Michael Z. Gurland, ARDC # 6274400<br>The Gurland Law Firm<br>414 North Clay Street<br>Hinsdale, IL 60521<br>Phone: (312) 420-8812<br>mzg@gurlandlafirm.com |
| Brian L. Shaw<br>Fox Rothschild LLP<br>321 N. Clark Street, 16th Floor<br>Chicago, IL 60654<br>Phone: (312) 517-9200<br>bshaw@foxrothschild.com | Christopher R. Hedican<br>(admitted *pro hac vice*)<br>Iowa Bar No. 16999<br>chedican@bairdholm.com<br>Baird Holm LLP<br>1700 Farnam Street, Suite 1500<br>Omaha, NE 68102-2068<br>Phone: (402) 636-8311<br>Facsimile: 402.344.0588<br>(appearing *pro hac vice*) |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

- 3 -

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, hereby certify that on Tuesday, May 31, 2022, I caused the foregoing **JOINT STATUS REPORT** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the attorneys of record listed below:

    Michael Z. Gurland
    The Gurland Law Firm
    414 North Clay Street
    Hinsdale, IL 60521
    (312) 420-8812
    mzg@gurlandlawfirm.com

    Christopher R. Hedican
    Baird Holm LLP
    1700 Farnam Street, Suite 1500
    Omaha, NE 68102
    (402) 636-8311
    chedican@bairdholm.com

    BY: /s/ Christopher B. Wilson
         Perkins Coie LLP
         110 N. Wacker Drive, Suite 3400
         Chicago, IL 60606-1511
         Phone: (312) 324-8400
         Fax:   (312) 324-9400
         cwilson@perkinscoie.com