# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE LLC,<br><br>                Plaintiff,<br><br>v.<br><br>STEPHEN L. KUNKEL,<br><br>                Defendant. | Case No. 1:16-cv-01086<br><br>Judge Nancy L. Maldonado |

## JOINT SUPPLEMENTAL STATUS REPORT FOR REASSIGNED CASE

By its Order of October 26, 2022 (Dk. 191), the Court directed the parties to submit a Supplemental Status Report to provide their availability for a two-week trial between March 2023 and November 2023.[1] The parties have met and conferred and confirm that all parties are currently available for trial on the following dates:

**March 6-17, 2023**

**September 5-14, 2023**

The parties are also available for a further status hearing at the Court's convenience beginning November 21, 2022, and thereafter.

---

[1] The Court directed the parties to do so by Friday November 4. Counsel for Plaintiff Gavin/Solmonese is currently in a multi-week trial in the Circuit Court of Cook County and therefore the parties were delayed in communicating. All parties apologize for the delay.

Dated: November 8, 2022　　　　　　　　　　Respectfully submitted,

**GAVIN/SOLMONESE LLP**　　　　　　　　**STEPHEN L. KUNKEL**

By: /s/ Christopher B. Wilson　　　　　　　By: /s/ Michael Z. Gurland
　　One of its Attorneys　　　　　　　　　　　One of his Attorneys

　　Craig T. Boggs　　　　　　　　　　　　　Christopher R. Hedican
　　Christopher B. Wilson　　　　　　　　　Baird Holm LLP
　　Eric E. Walker　　　　　　　　　　　　　1700 Farnam Street, Suite 1500
　　Perkins Coie LLP　　　　　　　　　　　Omaha, NE 68102
　　110 North Wacker Drive, Suite 3400　　Phone: (402) 636-8311
　　Chicago, IL 60606　　　　　　　　　　chedican@bairdholm.com
　　Phone: (312) 324-8400　　　　　　　　(appearing *pro hac vice*)
　　cboggs@perkinscoie.com
　　cwilson@perkinscoie.com
　　ewalker@perkinscoie.com

　　　　　　　　　　　　　　　　　　　　　Michael Z. Gurland
　　Brian L. Shaw　　　　　　　　　　　　　The Gurland Law Firm
　　Cozen O'Connor　　　　　　　　　　　414 North Clay Street
　　123 N. Wacker Drive, Suite 1800　　　Hinsdale, IL 60521
　　Chicago, IL 60606　　　　　　　　　　Phone: (312) 420-8812
　　Phone: (312) 474-1644　　　　　　　　mzg@gurlandlafirm.com
　　bshaw@cozen.com

　　*Attorneys for Plaintiff*　　　　　　　　　　*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, hereby certify that on Tuesday, November 8, 2022, I caused the foregoing **JOINT SUPPLEMENTAL STATUS REPORT FOR REASSIGNED CASE** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the attorneys of record listed below:

Michael Z. Gurland
The Gurland Law Firm
414 North Clay Street
Hinsdale, IL  60521
(312) 420-8812
mzg@gurlandlawfirm.com

Christopher R. Hedican
Baird Holm LLP
1700 Farnam Street, Suite 1500
Omaha, NE  68102
(402) 636-8311
chedican@bairdholm.com

/s/ Christopher B. Wilson
Perkins Coie LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL  60606
Phone: (312) 324-8400
Fax:    (312) 324-9400
cwilson@perkinscoie.com