# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE LLC., a Delaware Limited Liability Company  Plaintiff,  v.  STEPHEN L. KUNKEL, an individual  Defendant. | Case No.: 1:16-cv-01086 |

### PLAINTIFF'S RESPONSE TO ORDER OF DECEMBER 12, 2022 IN SUPPORT OF FEDERAL DIVERSITY JURISDICTION

Plaintiff, Gavin/Solmonese LLC ("Gavin/Solmonese") in response to the Court's December 12, 2022 Order (Dkt. 195), and in support of its claim of federal jurisdiction of this matter based on diversity of citizenship, states as follows:

1. Plaintiff, Gavin/Solmonese LLC filed this action in the District Court for the Northern District of Illinois on January 26, 2016. (Dkt. 1).

2. Gavin/Solmonese LLC is a Delaware limited liability company with its principal place of business in Wilmington, Delaware.

3. Gavin/Solmonese has only two members: Ted Gavin and Joe Solmonese.

4. Mr. Gavin and Mr. Solmonese are both citizens of Massachusetts.

5. Defendant, Stephen Kunkel, is a resident and citizen of Illinois. (Dkt. 1, ¶ 3).

6. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states, and the matter in controversy exceeds the sum or value of seventy-five thousand dollars ($75,000.00), exclusive of costs and interest.

159735621.1

Dated: December 20, 2022

Respectfully submitted,

GAVIN/SOLMONESE LLC

By: /s/ Christopher B. Wilson
     One of Its Attorneys

Christopher B. Wilson
CWilson@perkinscoie.com
Perkins Coie LLP
110 North Wacker Drive, Suite 3400
Chicago, IL 60606-1511
312.324.8400

Brian L. Shaw
bshaw@shawfishman.com
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
312.666.2833

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing was filed electronically on December 20, 2022, a copy of which is available on the court's ECF system.

/s/ Christopher B. Wilson
*One of the Plaintiff's Attorneys*

159735621.1