IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAVIN/SOLMONESE LLC,<br><br>               Plaintiff,<br><br>v.<br><br>STEPHEN L. KUNKEL,<br><br>               Defendant. | Case No. 1:16-cv-01086<br><br>Judge Nancy L. Maldonado |

**JOINT SUPPLEMENTAL STATUS REPORT FOR REASSIGNED CASE**

By its Order of November 9, 2022 (Dk. 194), the Court directed the parties to submit a Supplemental Status Report: "1) to inform the court if there have been changes in the status of the case; 2) to confirm that settlement possibilities have been exhausted; and, 3) to include any request for a status hearing and any other matters the parties wish to bring to the Court's attention." (Id.)

For their joint response, the parties state:

1) Defendant Stephen L. Kunkel has recently been diagnosed with cancer for which he is receiving chemotherapy and other treatment. His health will likely prevent him from participating in pretrial preparations, and he may not be healthy enough to stand for trial in March. Accordingly, the parties jointly request a new trial date preferably in October 2023.

2) In light of Mr. Kunkel's health issues, the parties have begun renewed settlement discussions.

3) The parties request a status hearing on January 6, 2023, or the week of January 9, 2023 to provide the Court with any further developments and to discuss a new trial date.

Dated: December 28, 2022		Respectfully submitted,

| **GAVIN/SOLMONESE LLP** | **STEPHEN L. KUNKEL** |
|---|---|
| By: /s/ Christopher B. Wilson | By: /s/ Michael Z. Gurland |
| One of its Attorneys | One of his Attorneys |
| Craig T. Boggs<br>Christopher B. Wilson<br>Perkins Coie LLP<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>Phone: (312) 324-8400<br>cboggs@perkinscoie.com<br>cwilson@perkinscoie.com | Christopher R. Hedican<br>Baird Holm LLP<br>1700 Farnam Street, Suite 1500<br>Omaha, NE 68102<br>Phone: (402) 636-8311<br>chedican@bairdholm.com<br>(appearing *pro hac vice*) |
| Brian L. Shaw<br>Cozen O'Connor<br>123 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>Phone: (312) 474-1644<br>bshaw@cozen.com | Michael Z. Gurland<br>The Gurland Law Firm<br>414 North Clay Street<br>Hinsdale, IL 60521<br>Phone: (312) 420-8812<br>mzg@gurlandlafirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, hereby certify that on Wednesday, December 28, 2022, I caused the foregoing **JOINT STATUS REPORT** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the attorneys of record listed below:

Michael Z. Gurland
The Gurland Law Firm
414 North Clay Street
Hinsdale, IL  60521
(312) 420-8812
mzg@gurlandlawfirm.com


Christopher R. Hedican
Baird Holm LLP
1700 Farnam Street, Suite 1500
Omaha, NE  68102
(402) 636-8311
chedican@bairdholm.com

/s/ Christopher B. Wilson
Perkins Coie LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL  60606
Phone: (312) 324-8400
Fax:    (312) 324-9400
cwilson@perkinscoie.com