## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Gavin/Solmonese LLC

                              Plaintiff,

v.                                                  Case No.: 1:16–cv–01086
                                                      Honorable Nancy L. Maldonado

Stephen L. Kunkel

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 23, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Settlement conference held 2/23/23. The parties were unable to resolve the case. Telephone status hearing set for 3/9/23 at 10:45 a.m. to discuss whether the parties have made any progress since the settlement conference and whether they believe it would be productive to continue to discuss whether settlement is a realistic possibility in this case. The toll–free call–in number and access code for the telephone hearing is as follows: Dial: 877–336–1829 Access Code: 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.