UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GAVIN/SOLMONESE LLC,

    Plaintiff,

v.

STEPHEN L. KUNKEL,

    Defendant.

Case No. 16-cv-1086

**STIPULATION OF DISMISSAL**

Plaintiff, Gavin/Solmonese, LLC and Defendant, Stephen L. Kunkel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate that all claims are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 5th day of April 2023.

GAVIN/SOLMONESE, LLC, Plaintiff,

By: /s/ Christopher B. Wilson
Christopher B. Wilson
PERKINS COIE, LLP
110 North Wacker Drive, Suite 3400
Chicago, IL 60606
Email: cwilson@perkinscoie.com

By: /s/ Brian L. Shaw
Brian L. Shaw
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Email: bshaw@cozen.com

STEPHEN L. KUNKEL, Defendant,


By: /s/ Christopher R. Hedican
Christopher R. Hedican
*(admitted pro hac vice)*
BAIRD HOLM, LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102
Email: chedican@bairdholm.com


By: /s/ Michael Z. Gurland
Michael Z. Gurland
THE GURLAND LAW FIRM
141 N. Clay Street
Hinsdale, IL 60521
Email: mzg@gurlandlawfirm.com

## CERTIFICATE OF SERVICE

I, Christopher B. Wilson, hereby certify that on Wednesday, April 5, 2023, I caused the foregoing **STIPULATION OF DISMISSAL** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Christopher B. Wilson
Perkins Coie LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606
Phone: (312) 324-8400
Fax: (312) 324-9400
cwilson@perkinscoie.com

DOCS/2940282.2