# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Gavin/Solmonese LLC

                       Plaintiff,

v.                                             Case No.: 1:16–cv–01086
                                                 Honorable Nancy L. Maldonado

Stephen L. Kunkel

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 5, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Pursuant to the stipulation of dismissal, this case is dismissed with prejudice, each party bearing its own costs and attorneys' fees. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.